**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| WORTHY INVESTMENT IN NEIGHBORHOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-327-JDK-KNM |
| | § | |
| EASY STREET CAPITAL, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Worthy Investment in Neighborhoods filed this lawsuit in state court. Docket No. 1-4. Defendants removed the case to federal court, Docket No. 1, and the case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On July 16, 2026, Judge Mitchell ordered Plaintiff to either submit a motion to remand or file an amended complaint by August 5, 2026. Docket No. 4. The Order was returned to the Court with the notation "Return to Sender Unclaimed Unable to Forward." Docket No. 5.

On August 11, 2026, Judge Mitchell issued a Report and Recommendation recommending that the case be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Docket No. 6. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed Judge Mitchell's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. Plaintiff's claims are **DISMISSED without prejudice**.

So **ORDERED** and **SIGNED** this **9th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE